# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 2, 2008

Before

FRANK H. EASTERBROOK, *Chief Judge*

DIANE P. WOOD, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| **No**.   07-1101 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, INC., *Plaintiff-Appellant*, | |
| **v.** | No. 06 C 657 Amy J. St. Eve, *Judge*. |
| CRAIGSLIST, INC., *Defendant-Appellee*. | |

**Order**

The slip opinion in this case issued on March 14, 2008, is amended as follows:

Page 8, line 1 and line 10, "§230(a)(1)" should be "§230(c)(1)".